# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Stephen Solarek, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:16-cv-02116 |
| | : | |
| vs. | : | |
| | : | Judge James G. Carr |
| Wendcentral Corp., et al., | : | |
| | : | |
| Defendants. | : | |

## DECLARATION OF DANIEL POGANSKI

I, Daniel Poganski, declare under penalty of perjury, based on personal knowledge, as follows:

1.    I am the owner and the person in charge of A&B Accounting, a sole proprietorship that is registered in Orange County, New York, has its operations in Florida, New York. I am over eighteen (18) years of age.

2.    Since 1996, A&B Accounting has administered the payroll, accounting, and administrative functions for various restaurants, including certain Wendy's franchises and other restaurants unrelated to Wendy's. Through A&B Accounting, I was in charge of handling these services from March 2013 through August 2015 on behalf of Wendstick, LLC ("Wendstick"), an Ohio limited liability company, and, thus, I have personal knowledge of the matters described in this Declaration.

3.    I am also one of the record custodians of the employment and payroll files of Wendstick's former employees. The records in these employee files were regularly and contemporaneously made by a person with knowledge and are kept in the ordinary course

1

business of Wendstick and A&B Accounting at 1 Commercial Drive, Area E, Florida, New York.

4.      Wendstick, a former franchisee of The Wendy's Company, owned and operated the Wendy's restaurant located at 14180 Airport Highway in Swanton, Ohio (the "Swanton restaurant"), until Wendstick sold the Swanton restaurant to an independent third party effective July 29, 2015.

5.      Wendstick employed Plaintiff Stephen Solarek as a crew member at the Swanton restaurant from February 6, 2015 through July 28, 2015.  On July 28, 2015, Wendstick terminated the employment of all employees at the Swanton restaurant.

6.      Wendstick timely paid Mr. Solarek $8.10 per hour for all hours worked every two weeks.

7.      When Mr. Solarek was hired, it was Wendstick's practice to provide him with a free uniform, which consisted of a shirt, apron, visor or hat, and a nametag.

8.      The attached Exhibit 1 is a true and authentic copy of an executed document dated February 6, 2015, which is labeled Wendstick, LLC Slip-Resistant Shoe Policy (the "Shoe Form") and is maintained in Wendstick's employee file for Mr. Solarek.

9.      As described in the Shoe Form, Wendstick also offered to give Mr. Solarek free slip resistant shoe covers or guards ("Shoe Covers") that would fit over his regular shoes while he was working.  These Shoe Covers were black rubber and were available in different brands from three third-party vendors (the "Vendors"): Crew Guards by Shoes for Crews, LLC, ShoeGuards by SureGrip Footwear, or Cold Storage Overshoes by SR Max.

10.      As reflected in the Shoe Form, Mr. Solarek chose not to be given Shoe Covers. Instead, he opted to purchase slip resistant shoes from one of the Vendors.

11.     Because Mr. Solarek chose not to wear the slip resistant Shoe Covers, he was required to wear dark-colored shoes that had a solid or closed upper area.  For his safety, these shoes also had to have a slip resistant bottom or sole available from one of the three Vendors.

12.     These Vendors provided catalogs, which offered Mr. Solarek a wide variety of slip resistant footwear choices.  Shoes for Crews, alone, offers close to sixty (60) different dark-colored slip resistant shoes in a broad spectrum of styles, qualities, and models, including styles such as athletic, high-top, casual, dress, work boots, slip-ons, cowboy boots, safety toe, soft toe, and steel toe.  The attached Exhibit 2 is a true and authentic copy of one of Shoes for Crews' recent catalogs for slip resistant shoes.

13.     The other two shoe Vendors offer, in the aggregate, over 100 different styles and models of dark-colored slip resistant shoes from approximately twenty (20) different brands.

14.     When Mr. Solarek selected the slip resistant shoes that he preferred from Shoes for Crews, Wendstick provided him with the voluntary option of purchasing the shoes through payroll deductions instead of paying the shoe Vendor directly with a single, up-front payment. Mr. Solarek selected this payroll deduction option and provided written authorization for Wendstick to deduct the cost of his shoes from his wage payments over the course of two two-week payroll periods (a total of four weeks).

15.     The attached Exhibit 3 is a true and authentic copy of another record in Mr. Solarek's employee file: an Invoice, dated February 9, 2015, from Shoes for Crews to Wendstick for the $48.96 cost of the shoes that Mr. Solarek selected for himself.  Shoes for Crews provided this invoice when it shipped the shoes to Wendstick.

16.     After receiving this Invoice, Wendstick paid Shoes for Crews $48.96 for Mr. Solarek's shoes, provided the shoes to Mr. Solarek, and deducted $24.48 from each of his next

3

two wage payments over a four-week period, in order to reimburse Wendstick for the actual cost of his shoes.

17.    For employees who purchased slip resistant shoes and provided written authorization for payroll deductions to cover the actual cost of the shoes, Wendstick customarily paid for and furnished the shoes to the employees before being reimbursed.

18.    Although the shoes that Mr. Solarek ordered from Shoes for Crews were slip resistant, they otherwise looked and functioned like ordinary footwear available for everyday use.  Mr. Solarek was free to wear these shoes anywhere and for non-work purposes.

19.    Neither Wendstick nor any person acting on behalf of Wendstick realized any profit or received any other benefit for paying the shoe Vendor for Mr. Solarek's shoes and then being reimbursed via payroll deductions that he authorized.  This reimbursement merely covered the actual costs of the shoes ordered by Mr. Solarek and did not include any administrative costs.

20.    After Mr. Solarek's employment with Wendstick ended, he was permitted to keep the shoes he had selected from Shoes for Crews.

21.    When Wendstick hired Mr. Solarek, it offered him different options for receiving his pay net of applicable withholding taxes.  Mr. Solarek could choose to receive his pay either via direct deposit into his personal account at any financial institution (the "Direct Deposit Option"), or via the ADP TotalPay Card & Money Network Check Program (the "Pay Card/Check Option"), which was provided by a third party, ADP, Inc., and administered by a company called First Data Corporation.

22.    The Direct Deposit Option would provide Mr. Solarek with immediate access to the cash wages deposited into his bank account on the morning of payday.

4

23.     The attached Exhibit 4 is a true and authentic copy of the executed Employee Pay Selection record in Wendstick's employee file for Mr. Solarek, showing that he declined the Direct Deposit Option and chose the Pay Card/Check Option.  This form accurately describes key features of the Pay Card/Check Option.

24.     Under the Pay Card/Check Option that Mr. Solarek selected, his cash wages were deposited into his debit card account and available to him on payday morning.  He also received free paper paychecks called Money Network Checks and a debit card.

25.     The Pay Card/Check Option provided Mr. Solarek with free access to his wages in cash or via purchases (without any fees) in several ways:

- Cashing the Money Network Checks for free at any participating retail and check cashing locations.

- Paying bills for free with the Money Network Checks.

- Transferring funds from his debit card account to any personal bank account in the United States without incurring any fees.

- Paying for purchases without incurring any fees by using his debit pay card as a Visa card at the point of sale.

- Withdrawing cash at any in-network ATM without incurring any fees.

- Making free withdrawals of cash at any banks that accept Visa debit cards.

26.     Neither Wendstick nor any person associated with Wendstick charged Mr. Solarek any fees or made any deductions from his wage payments as a result of his selection or use of the Pay Card/Check Option.  In addition, there was no monthly maintenance fee associated with the Pay Card/Check Option during his employment.

27.     Before Mr. Solarek chose the Pay Card/Check Option, it was Wendstick's practice to provide him with a fee schedule ("Schedule"), a true and authentic copy of which is

5

attached as Exhibit 5. This Schedule accurately identifies all of the different ways in which Mr. Solarek could obtain free access to his wages in cash or through purchases. The Schedule also itemizes those transactions for which Mr. Solarek would be charged a fee, such as using out-of-network ATMs.

28.     Under the Pay Card/Check Option, the only instance in which Mr. Solarek would be charged a fee is if he chose to engage in a transaction for which there was a disclosed fee. Wendstick never had any control, input, or involvement concerning how Mr. Solarek chose to use his debit card, including whether he engaged in a free or chargeable transaction.

29.     If Mr. Solarek chose to engage in a chargeable transaction, any resulting fees were charged and received by a third party, such as ADP or First Data Corporation, not by Wendstick or anyone associated with Wendstick.

30.     For privacy purposes, Mr. Solarek's social security number and debit account number on the attached Exhibits have been redacted.


I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed this _21_ day of October, 2016 in Florida, New York.

_____

Daniel Poganski

627033

# WENDSTICK, LLC
## SLIP-RESISTANT SHOE POLICY

Our Dress Policy states in part (refer to Employee Orientation Handbook pp 5 & 6): "Shoes must be clean, polished and in good condition. They must be dark in color (black, dark brown) and have a solid or leather "upper" closed area. A non-leather slip resistant bottom or sole is required. Wendstick, LLC provides an option to purchase such shoes through a payroll deduction program, where allowed by State Law. If you come to work without slip resistant shoes, you will be required to wear "Crew Guards".

Please indicate which brand of slip-resistant shoes or guards you are currently wearing:

_____ Shoes for Crews             _____ Crew Guards by Shoes for Crews (Style #50)

_____ SureGrip Footwear          _____ ShoeGuards by SureGrip Footwear (Style #2100)

_____ SR Max                     _____ Cold Storage Overshoe by SR Max (Style #SRM1111)


I understand that ___I will not be allowed to work___ until management verifies that I have an approved style of slip resistant shoe or guard from Shoes for Crews, SureGrip Footwear or SR Max. I also understand that wearing a slip resistant shoe or guard from Shoes for Crews, SureGrip Footwear or SR Max as verified and approved by the company is a condition of my employment with Wendstick, LLC. My failure to comply with this policy will subject me to the disciplinary process which could include termination of my employment with Wendstick, LLC.

I have read and understand the above slip resistant shoe policy. I have also been given the opportunity to ask questions about this policy.

_____ I have been given Shoes for Crews Crew Guards or SureGrip Footwear ShoeGuards or SR Max Cold Storage Overshoes to wear by my employer, Wendstick, LLC.

__√__ I have opted to purchase an approved slip resistant shoe or guard from Shoes for Crews or SureGrip Footwear or SR Max.

_Stephen Solorek_
Employee signature

_Stephen Solarek_
Print name

_2/6/15_
Date

_____
General Manager signature

**REDACTED**
Last four digits of Social Security #

_2504_
Restaurant #

**Declaration
Exhibit**

**1**

(Place white copy of completed form in employee's file in restaurant)

9/2012



WORK
PAGES 32-43

CASUAL
PAGES 20-25

DRESS
PAGES 26-29

NEW STYLES
PAGES 4-7

ATHLETIC
PAGES 8-17

ACCESSORIES
& MIGHTYMAT!
PAGES 30-31

**IT'S ALL ABOUT THE**

FOUR TOP-RATED OUTSOLES
ENGINEERED FOR SAFETY
SFC MIGHTY GRIP
SFC V-GRIP
ANTI-CLOGGING
new SFC-10
SFC-2

**QUICKship!**

guarantee

Declaration
Exhibit

2

# GRIPPING NEW STYLES



FOUR TOP-RATED OUTSOLES

SFC
MIGHTY
GRIP

SFC
V-GRIP

ANTI-CLOGGING

SFC-10

SFC-2

ENGINEERED FOR SAFETY

# GRIPPING
# NEW STYLES





Case: 3:16-cv-02116-JGC Doc #: 14-1 Filed: 10/24/18 12 of 33. PageID #: 117

# MAXIMUM
# TRACTION
# = SAFETY

Extended heel lip provides added protection

## Endurance and Vitality

• Patented SFC Mighty Grip® outsole
• Lightweight • Breathable mesh and leather upper • Padded collar and tongue
• Water-resistant • Removable cushioned insole • Reinforced heel and toe
• Vitality 9047: Additional pair of green shoelaces provided

$59⁹⁸

men's 8147
black/yellow

men's 8047
black

### Endurance

Men's:
8047 Black, 8147 Black/Yellow LIMITED SUPPLY
Medium 7–11½, 12, 13, 14, (15, 16 black only)
Wide (black only) 8–11½, 12, 13, 14, 15, 16

women's 9244
light gray/pink

### Vitality

Women's: 9045 Black/Purple
9245 Gray/Lavender, 9244 Light Gray/Pink
9047 Black/Green
Medium 5–9½, 10, 11
Wide (9045 and 9245 only) 6½–9½, 10, 11

women's 9245
gray/lavender

women's 9045
black/purple

Bungee cord lacing for
a quick, secure fit

EVA midsole with
maximum cushioning
for extra comfort

**new**

## Pinnacle

• Patented SFC Mighty Grip® outsole
• Lightweight • Breathable mesh and man-made upper • 100% vegan
• Water-resistant • Extra-cushioned EVA midsole for added comfort
• Upgraded removable cushioned insole • Tongue is attached on both sides
• Enhanced heel counter for additional support
• Bungee cord lacing system with cord lock

Men's: 8056 Black, 8057 Green
Medium 7–11½, 12, 13, (14 black only)

$69⁹⁸

TOP-RATED OUTS



# LIGHTWEIGHT 24/7

## Marathon
- Patented SFC Mighty Grip® outsole
- Lightweight • Water-resistant • Reinforced heel
- Breathable mesh and man-made upper • 100% vegan
- 1½" extra-cushioned EVA midsole for maximum comfort for all-day wear
- Removable cushioned insole

**Men's: 8052 Black**
Medium 7–11½, 12, 13, 14
**Women's: 9052 Black,**
9152 Gray/Green
Medium 5–9½, 10, 11

**$74.98**

## ULTRA-THICK MIDSOLE = 50% MORE CUSHION THAN TRADITIONAL ATHLETIC SHOES*
*COMPARED TO SFC FREESTYLE MIDSOLE THICKNESS

## Heather
- Patented SFC Mighty Grip® outsole
- Water-resistant, breathable knitted upper
- Lightweight • Padded heel collar
- Padded collar and tongue
- Removable cushioned insole
- 100% vegan

**Women's: 9048 Black**
Medium 5–9½, 10, 11

**$59.98**

**new**

**Knitted upper is lightweight and flexible**

## Swift
**Men's: 8049 Black,**
8149 Blue/Green LIMITED SUPPLY
Medium 7–11½, 12, 13, 14, 15
Wide (black only) 8–11½, 12, 13, 14, 15
**Women's: 9049 Black,**
9249 Blue/Green LIMITED SUPPLY
Medium 4, 5–9½, 10, 11
Wide (black only) 6½–9½, 10, 11

## Storm, Swift
- Patented SFC Mighty Grip® outsole
- Lightweight and ultra-flexible
- Man-made upper • Water-resistant
- Ventilated sidewalls for breathability
- Swift: Tongue is fastened on one side
- Storm: Camouflage pattern on heel

**$64.98**

## Storm
**Men's: 8053 Black**
Medium 7–11½, 12, 13, 14
**Women's: 9053 Black/Pink**
Medium 5–9½, 10, 11



Lessen stress on knees and legs

Provide long-lasting comfort

Reduce heel-to-toe impact

# ADD SPRING TO YOUR STEP
## SHOCK-ABSORBING AIR PISTON TECHNOLOGY

## Force
$79.98

- Patented SFC Mighty Grip® outsole
- Water-resistant
- Full-length Air Piston Technology
- Genuine leather upper
- Removable cushioned insole
- High-top design offers additional ankle support
- Padded heel and collar
- Stitch-reinforced toe

**Men's: 8044 Black**
Medium 7–11½, 12, 13, 14
Wide 8–11½, 12, 13, 14



## Alto and Aurora

- Patented SFC Mighty Grip® outsole
- Full-length Air Piston Technology
- Genuine leather and man-made upper
- Water-resistant
- Ventilated sidewalls
- Padded collar and tongue
- Enhanced heel counter
- Stitch-reinforced toe
- Removable, dual-density, cushioned insole

$69.98



**Aurora**
**Women's: 9043 Black,
9143 White**
Medium (5 black only), 5½–9½, 10, 11
Wide (black only) 6½–9½, 10, 11

## Quest
$74.98

- Patented SFC Mighty Grip® outsole
- Full-length Air Piston Technology
- Man-made and breathable mesh upper
- Reinforced heel and tongue padding
- Removable cushioned insole
- Enhanced heel counter
- Stitch-reinforced toe

**Men's: 8054 Black**
Medium 7–11½, 12, 13, 14



## Revolution
$59.98

- Patented SFC Mighty Grip® outsole
- Water-resistant • Padded collar
- Leather and nylon mesh upper
- Air Piston Technology heel support
- Enhanced heel counter
- Stitch-reinforced toe
- Removable cushioned insole

**Women's: 9041 Black**
Medium 4, 5–9½, 10, 11
Wide 6½–9½, 10, 11

## Strike
$64.98

- Patented SFC Mighty Grip® outsole
- Water-resistant • Lightweight
- Air Piston Technology heel support
- Removable cushioned insole
- Stitch-reinforced toe
- Breathable mesh and man-made upper
- 100% vegan • Padded collar

**Men's: 8050 Black**
Medium 7–11½, 12, 13, 14, 15
**Women's: 9050 Black**
Medium 5–9½, 10, 11



## Evolution
$59.98

# POWER TO GO & KEEP GOING



## Back Court II, Dash
- Patented SFC Mighty Grip® outsole
- Water-resistant • Padded collar
- Removable cushioned insole

**A. Back Court II** $43^{98}$
Men's: 6017 Black
Women's: 7017 Black

**B. Dash** $69^{98}$
Women's:
9046 Black/Purple

topcrews LITE

## Falcon, Freestyle, Kick
- Patented SFC Mighty Grip® outsole
- Water-resistant
- Leather and man-made upper
- Removable cushioned insole
- Padded collar

**A. Falcon** $42^{98}$
Men's: 6007 Black,
6107 White
Women's: 7007 Black,
7107 White
Wide sizes available.

**B. Kick** $64^{98}$
Men's: 8048 Black
Women's: 8048 Black

**C. Freestyle** $34^{98}$
Men's: 6010 Black
Women's: 7010 Black
Wide sizes available.

## Candy, Eastside, Pegasus
- Patented SFC Mighty Grip® outsole
- Genuine leather upper • Water-resistant
- Cushioned insole



**A. Candy** $59^{98}$
Women's: 9036 Black
Wide sizes available.

**B. Eastside** $47^{98}$
Men's: 6050 Black
Women's: 7050 Black, 7150 White

**C. Pegasus** $59^{98}$
Women's: 9040 Black

## SEE *SHOESFORCREWS.COM* FOR MORE DETAILS

## Zoe
- Patented SFC Mighty Grip® outsole
- Lightweight and flexible
- Leather and man-made upper
- Water-resistant • Padded collar
- Mesh sock lining • Cushioned insole
Women's: 7013 Black

$39^{98}$



## Energy
- Fitness technology combined with our patented SFC Mighty Grip® outsole
- Patented lightweight torsion bar designed to improve balance and stability





# WHY CHOOSE JUST ONE?

## Saratoga, Ollie, Hayden, Cabbie (A, B, D, E)

- Patented SFC Mighty Grip® outsole • Water-resistant canvas upper
- Easy to clean • 100% vegan • Cushioned insole

**A. Saratoga**
Men's: 6046 Black, 6249 Red
Women's: 4046 Black, 6249 Red

**B. Ollie – Canvas**
Men's: 6047 Black, 6147 Blue, 6247 Red
Women's: 4047 Black, 4147 Blue, 6247 Red

**D. Hayden**
Men's: 6060 Charcoal
Women's: 4060 Charcoal, 4160 Blue

**E. Cabbie**
Men's: 6053 Black
Women's: 6053 Black

## Old School Classic II (G & H) – Canvas and Leather

- Patented SFC Mighty Grip® outsole
- Water-resistant canvas upper
- Canvas style is lightweight and 100% vegan
- Water-resistant, genuine leather upper
- High-top design offers additional ankle support
- Cushioned insole • Stitch-reinforced toe

$52⁹⁸

**G. Leather**
Men's: 6056 Black
Women's: 6056 Black
Wide sizes available

**H. Canvas**
Men's: 6057 Black
Women's: 6057 Black
Wide sizes available

# SHOES FOR CREWS ARE BUILT FROM THE GROUND UP FOR:



**DURABILITY:** MANUFACTURED WITH TOP-QUALITY MATERIALS AND DESIGNED TO LAST.



**VALUE:** MORE THAN 150 AFFORDABLY PRICED PRODUCTS TO FIT YOUR BUDGET AND NEED.



**COMFORT:** BUILT TO PROVIDE LONG-LASTING COMFORT AND SUPPORT.



**GRIP:** INDEPENDENT TESTS CONFIRM —SFC OUTSOLES PROVIDE TOP-RATED SLIP RESISTANCE.



## INDEPENDENT SLIP TEST*



| | 0 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 |
|---|---|---|---|---|---|---|---|
| Shoes For Crews – 8027 / .58 | | | | | | | |
| Reebok (SR Shoe) – SRB1020 / .49 | | | | | | | |
| SR Max – SRM190 / .40 | | | | | | | |
| Walmart TredSafe – Mario / .39 | | | | | | | |
| Payless safeTstep – 93383 / .37 | | | | | | | |
| Lehigh SlipGrips – SG7020 / .33 | | | | | | | |
| New Balance (SR Shoe) – 55730 / .32 | | | | | | | |
| SureGrip Neuka – 55014 / .28 | | | | | | | |
| Skechers Work – 76680 / .27 | | | | | | | |

---



**SHOES FOR CREWS**
THE SHOE THAT GRIPS®

# THE ORIGINAL SLIP-RESISTANT SHOE SINCE 1984

## QUICKship! Guarantee

**YOUR ORDER WILL ARRIVE WITHIN 3 BUSINESS DAYS VIA REGULAR GROUND SHIPMENT OR SHIPPING IS FREE!**

Valid for shoe orders only, placed by 3 p.m. EST business days, via phone or internet only. Delivery to business addresses only within the contiguous United States. Excludes backorders, companies with special shipping arrangements and orders placed during physical inventory period (12/22/16 – 1/9/17). **FOR FULL GUARANTEE DETAILS, PLEASE VISIT SHOESFORCREWS.COM/QUICKSHIP.**

| SFC SHIPPING RATES | | QUICKship! (1-3 DAYS) | 2ND DAY | NEXT DAY |
|---|---|---|---|---|
| **COMMERCIAL ADDRESS** | | | | |
| | 1 PAIR | $7.98 PER PAIR | $12.98 PER PAIR | $19.98 PER PAIR |
| | 2 PAIRS | $6.48 PER PAIR | $10.98 PER PAIR | $17.98 PER PAIR |
| | 3+ PAIRS | $4.98 PER PAIR | $8.98 PER PAIR | $12.98 PER PAIR |
| **RESIDENTIAL ADDRESS** | | 3-5 BUSINESS DAYS | 2ND DAY | NEXT DAY |
| | 1 PAIR | $7.98 PER PAIR | $12.98 PER PAIR | $19.98 PER PAIR |
| | 2 PAIRS | $6.48 PER PAIR | $10.98 PER PAIR | $17.98 PER PAIR |
| | 3+ PAIRS | $4.98 PER PAIR | $8.98 PER PAIR | $12.98 PER PAIR |

We cannot ship to P.O. Boxes. We only ship to street addresses.
Alaska and Hawaii, please add $6 per shipment. Puerto Rico, Virgin Islands, and all others, please call 1.800.523.4448 for shipping rates.



**FREE EXCHANGES E-Z RETURNS**

**Need to return or exchange your shoes? No problem!**
You can exchange your shoes or return them, within 60 days of the original purchase date, for FREE! That's right, FREE! Simply use the pre-paid UPS label provided in your order. For returns, we will gladly refund the shoe purchase price less a $6.95 per pair purchasing fee.



**60 DAY GUARANTEE**

**Doesn't fit? Didn't like it? No problem!**
With our 60-Day Wear & Compare Guarantee you can return or exchange your shoes—even if you've worn them—any time within the first 60 days after the original purchase. We even pay the return shipping cost. See our website for full details.



**FAST LANE EXCHANGE**

**Need your replacement shoes in a hurry? No problem!**
Use our Fast Lane Exchange® option. Have your UPS tracking information (from your pre-paid return label) available and call or go online to sign up. Once we confirm your return is in transit, we will ship your replacement pair. See our website for full details.

## CALL OR CLICK TO ORDER TODAY



# SFC FROGGZ ®

**OUR SFC FROGGZ® STYLES ARE MADE OF A DURABLE, HIGH-GRADE, EVA/RUBBER BLEND THAT IS WATER-RESISTANT, EASY TO CLEAN AND 100% VEGAN.**

FOUR TOP-RATED OUTSOLES
ENGINEERED FOR SAFETY

SFC MIGHTY GRIP
SFC V-GRIP
ANTI-CLOGGING
*new!* SFC-10
SFC-2

## LIGHT

### SFC Froggz® Pro 
- **Patented SFC Mighty Grip® outsole**
- Made of a durable, high-grade, EVA/rubber blend
- Ultra-lightweight • Water-resistant • 100% vegan
- Ventilation holes along inside of shoe
- Removable cushioned insole

**Men's: 5008 Black**
Medium (whole sizes only) 4–14

**Women's: 5008 Black**
Place order using men's sizes.
Order 1 size **smaller** than your
normal shoe size.

$**39**⁹⁸



### SFC Froggz® Elite 
- Patented SFC Mighty Grip® outsole
- Water-resistant • Lightweight • 100% vegan
- Removable contoured insole for maximum comfort and fit
- Made of a durable, high-grade, EVA/rubber blend
- Ventilation holes along inside of shoe

**Men's: 5012 Black**
Medium (whole sizes only) 7–15

$**39**⁹⁸

### SFC Luna 
- Patented SFC Mighty Grip® outsole
- Ultra-lightweight • Ventilation holes along inside of shoe
- Made of a durable, high-grade, EVA/rubber blend
- Water-resistant • Removable cushioned insole
- 100% vegan • 1¾" rubber heel

**Women's: 4009 Black**
Medium 4, 5–9½, 10, 11

$**34**⁹⁸

### SFC Froggz® Classic II
- Patented SFC Mighty Grip® outsole
- Ultra-lightweight • Water-resistant • Pivoting heel strap
- Made of a durable, high-grade, EVA/rubber blend
- Ventilation holes along inside of shoe • 100% vegan

**Men's: 5010 Black, 5011 White**
Medium (whole sizes only) 4–13.





# COMFORT YOU WANT ALL DAY LONG



burgundy patent
9173

black matte
9073

black patent
9074

## Verona

$69⁹⁸

- Patented SFC Mighty Grip® outsole
- Full-grain or patent leather upper • Elastic inset for a comfortable fit • Steel shank for added support
- Roomy heel area relieves stress on the back of the heel • Firm foot and arch support • Spacious toe box
- Cushioned insole with extra padding in the arch • Water-resistant • 1½" heel • Padded collar

**Women's: 9073 Black Matte, 9074 Black Patent**
Medium 5–9½, 10, 11
Wide (black matte only) 6½–9½, 10, 11

**9173 Burgundy Patent**
Medium 6–9½, 10

We recommend ordering ½ size
smaller than you usually wear.

## Chloe

- Patented SFC Mighty Grip® outsole
- Water-resistant • Twin elastic side panels for a great fit
- Full-grain leather upper • Steel shank for support
- Cushioned insole • 1½" rubber platform

**Women's: 9069 Black**
Medium 4, 5–9½, 10, 11

$59⁹⁸



## Iris 

## Harper 

- Patented SFC Mighty Grip® outsole
- Water-resistant • Reinforced toe
- Man-made and breathable mesh upper
- Lightweight • Removable cushioned insole
- Crisscross elastic for a secure fit
- 100% vegan

**Women's: 9034 Black**
Medium 4, 5–9½, 10, 11

$59⁹⁸

*new*

Crisscross elastic
for a secure fit

## Meadow 

- Patented SFC Mighty Grip® outsole
- Water-resistant • Action leather upper
- Lightweight • Detailed stitching
- Nubuck textured (like suede) upper
- Cushioned insole • Heel pull loop

**Women's: 9019 Black**
Medium 5–9½, 10, 11

$59⁹⁸

## Charlotte 

- Patented SFC Mighty Grip® outsole
- Water-resistant canvas upper
- Lightweight • 100% vegan
- Upgraded removable EVA insole
  for maximum comfort
- Detailed stitching
- Classic styling

**Women's: 9018 Black**
Medium 5–9½, 10, 11

$52⁹⁸



## Glide 

- Patented SFC Mighty Grip® outsole
- Breathable, man-made mesh upper
- Lightweight • Elastic insets ensure a great fit
- Water-resistant • Reinforced heel and toe
- Removable cushioned insole



# EASY LOOKS. SERIOUS SAFETY.



## Primo, Travis
- Patented SFC Mighty Grip® outsole
- Water-resistant • Action leather upper
- Lightweight • Ultra-soft lining
- Removable cushioned insole

**A. Primo**
Men's: 8034 Black
Medium 7–11½, 12, 13, 14

$64⁹⁸

**B. Travis**
Men's: 8035 Black
Medium 7–11½, 12, 13, 14

$59⁹⁸

## Panther II, Predator, Talon II
- Patented SFC Mighty Grip® outsole
- Water-resistant • Cushioned insole
- Dual elastic insets for a great fit

**A. Panther II**
Men's: 6011 Black
Medium 7–11½, 12, 13, 14
Wide 7½–10½, 11, 12, 13

$34⁹⁸

**B. Predator**
Men's: 8102 Black
Medium 7–11½, 12, 13, 14

$59⁹⁸

**C. Talon II**
Men's: 8032 Black
Medium 7–11½, 12, 13, 14, 15

$34⁹⁸

## Annie and Billy
- Patented SFC Mighty Grip® outsole
- Crafted of full-grain leather, including vamp and heel counter
- Detailed stitching on shaft and pull loops
- Removable cushioned insole
- 1¼" heel • Water-resistant
- Annie is 11¼" high and is specifically designed to fit women










# SHOES FOR CREWS
*Black Label*

## A., B. Senator and Statesman $79⁹⁸

- Patented SFC Mighty Grip® outsole
- Water-resistant, full-grain leather upper
- Cushioned footboard • Padded collar
- Removable, leather-lined, dual-density insole
- Steel shank for added support
- Leather-lined interior

**A. Senator**
Men's: 1201 Black, 1211 Brown
Medium 7–11½, 12, 13, (14 black only)
Wide (black only) 8–11½, 12, 13, 14

**B. Statesman**
Men's: 1202 Black
Medium 7–11½, 12, 13, 14
Wide 8–11½, 12, 13, 14

8201 Black – Steel Toe: $89.98

## C. Venice $79⁹⁸

- Patented SFC Mighty Grip® outsole
- Water-resistant • Supple full-grain leather upper
- Removable, dual-density, leather-lined insole
- Dual elastic insets for a comfortable fit
- Cushioned footboard for added comfort
- Leather-lined interior • Padded collar
- Steel shank for added support

Men's: 1207 Black, 1217 Brown
Medium 7–11½, 12, 13

## D. Dylan  $79⁹⁸

- Patented SFC Mighty Grip® outsole
- Comfortably lightweight and flexible
- Soft, full-grain leather upper with top stitching
- Elastic insets for a secure, personalized fit
- Water-resistant • Removable cushioned insole
- Breathable textile lining and a cushioned textile insole

Men's: 1022 Black
Medium 7–11½, 12, 13, 14

## E. Jackie $69⁹⁸

- Patented SFC Mighty Grip® outsole
- Premium, full-grain leather upper
- Water-resistant • Cushioned insole
- Steel shank for added support
- Timeless, traditional style
- Rounded-toe silhouette
- 2⅜" rubber heel

Women's: 3706 Black
Medium 5–9½, 10, 11
Women's: 3716 Brown
Medium 7–9½, 10

**BLACK LABEL®** LUXURIOUS CRAFTSMANSHIP WITH A TOP-RATED OUTSOLE. IT'S THE PERFECT BALANCE.

DRESS

## Mira
- **Patented SFC Mighty Grip® outsole**
- Water-resistant • Pull-grain leather upper
- Elastic collar • Patent leather accents
- Cushioned insole • Padded heel collar
- Ultra-soft, suede-like lining
- 1½" wedge heel

**Women's: 3619 Black**

$**64**⁹⁸

## April
- **Patented SFC Mighty Grip® outsole**
- Water-resistant • Adjustable Velcro® fastening system
- Lightweight • Supple, full-grain leather upper
- Ultra-soft, suede-like lining • Cushioned insole
- Padded heel • Steel shank for added support
- 1¾" rubber heel

**Women's: 3617 Black**

$**64**⁹⁸

## Jane II, Madison
- **Patented SFC Mighty Grip® outsole**
- Water-resistant • Genuine leather upper
- Steel shank • Padded collar • ¾" rubber heel

**A. Jane II**
**Women's: 3582 Black**
Wide sizes available.
$**64**⁹⁸

**B. Madison**
**Women's: 7006 Black**
$**42**⁹⁸

## Valencia
- **Patented SFC Mighty Grip® outsole**
- Lightweight • Water-resistant • Man-made upper
- Ultra-soft, suede-like lining • Padded heel
- Cushioned insole • 100% vegan

**Women's: 3618 Black**

$**47**⁹⁸

## Envy II
- **Patented SFC Mighty Grip® outsole**
- Water-resistant • Full-grain leather upper
- Dual elastic insets for a great fit
- Steel shank for added support
- Cushioned insole • 1¼" rubber heel

**Women's: 3614 Black**
Wide sizes available.

$**59**⁹⁸



## Loren
- **Patented SFC Mighty Grip® outsole**
- Water-resistant microfiber upper
- Lightweight • Cushioned insole
- Ultra-soft, suede-like lining
- Padded heel • 100% vegan
- ¼" heel

**Women's: 3620 Black**

$**59**⁹⁸



## Ballerina II
- **Patented SFC Mighty Grip® outsole**
- Water-resistant • Flexible and lightweight
- Full-grain leather upper • Cushioned insole
- Steel shank for added support
- ½" rubber heel

**Women's: 3610 Black**

$**47**⁹⁸

## Isabella
- **Patented SFC Mighty Grip® outsole**
- Water-resistant • Leather and man-made upper
- Dual elastic insets for a great fit • 1½" heel
- Contour stitching • Cushioned insole
- Steel shank for added support

**Women's: 3611 Black**
Wide sizes available.

$**39**⁹⁸





## SEE *SHOESFORCREWS.COM* FOR MORE DETAILS

## Aristocrat II, Cambridge, Metro II
- **Patented SFC Mighty Grip® outsole**
- Water-resistant • Leather upper
- Steel shank • Cushioned insole

**A. Aristocrat II**
**Men's: 1010 Black**
Wide sizes available.
**Men's: 1110 Brown**
$**69**⁹⁸

**B. Cambridge**
**Men's: 6006 Black**
Wide sizes available.
$**42**⁹⁸

**C. Metro II**
**Men's: 8582 Black**
Wide sizes available.
$**64**⁹⁸



SEE SHOESFORCREWS.COM FOR MORE DETAILS



# MIGHTYMAT CLASSIC

## MightyMat!® Classic
**The original mat. For high-traction and low-profile areas.**
- All-grit upper with serrated edge for added durability
- Patented slip-resistant rubber base
- Fits under doorways
- Dimensions 3' x 5'
- Thickness 6.5 mm

10 mm
5 mm
0 mm
Mat thickness:
6.5 millimeters

**$109.98**
Style 20

# MIGHTYMAT MAX II

## MightyMat!® Max II
**The ultimate in anti-fatigue and slip resistance.**
- Patented slip-resistant rubber base and grid pattern
- Anti-fatigue cushion provides all-day comfort
- Rubberized diamond plate pattern
- Serrated edge for added durability
- Dimensions 3' x 4'
- Thickness 9.5 mm

10 mm
5 mm
0 mm
Mat thickness:
9.5 millimeters

**$119.98**
Style 40

# MIGHTYMAT INTERLOCKING

## MightyMat!® Interlocking
**Customize to fit any space, large or small.**
- Easy to assemble and disassemble, carry and transport
- Interlocking system quickly locks mats together for a secure, seamless fit • Easy to clean
- All-grit surface for high-traction and slip resistance
- Thick rubber construction helps relieve fatigue
- Drainage slots direct liquids away from the surface
- Mid-section measures 3' x 3' • Thickness 9.5 mm

10 mm
5 mm
0 mm
Mat thickness:
9.5 millimeters

**$84.98**
Style 45 – End Section
with finishing end piece

**$79.98**
Style 46 – Mid-Section

---

### Sneaker Balls
Style: 1120

**$4.98**

### SFC Sole Grid Cleaner
Style: 1118

**$3.98**

### Super Socks — Low Cut
Women's: 1145 Black, 1144 White
**$8.98** LOW CUT

### Super Socks — Mid Calf
Men's: 1141 Black, 1140 White
Women's: 1143 Black, 1142 White
**$9.98** MID CALF

### Sof Sole® Work Crew Socks
Men's: 1149 Black   Women's: 1150 Black
**$11.98** WORK SOCKS

### Airr Orthotic Insoles
BEST FOR WORK, ATHLETIC AND CASUAL SHOES
Men's: 1124 Red   Women's: 1125 Green
**$29.98**

### Arch Insoles
BEST FOR DRESS, WORK, ATHLETIC AND CASUAL SHOES
Men's: 1128 Red   Women's: 1129 Pink
**$19.98**

### Sof Sole® Work Insoles
BEST FOR WORK SHOES
Men's: 1133 Orange   Women's: 1134 Green
**$17.98**

### Massaging Gel Insoles
BEST FOR LOW-PROFILE STYLES
(SUCH AS OLLIE AND SARATOGA)
Men's: 1122   Women's: 1123
**$14.98**

### EnduraMax Insoles
BEST FOR CASUAL AND DRESS SHOES
Men's: 1115   Women's: 1116
**$9.98**

### ComfortMax II Insoles
BEST FOR ATHLETIC AND WORK BOOTS
Men's: 1111   Women's: 1112
BEST FOR CASUAL AND DRESS SHOES
Men's: 1113   Women's: 1114
**$9.98**

### Sof Sole® Heel Spur Pad
SUITABLE FOR MOST STYLES
Men's: 1131   Women's: 1132
**$12.98**

Insoles may not be compatible with all shoe styles.

---


AS LOW AS
**$19.98**
Style 53 – Shoes – Steel Toe


AS LOW AS
**$13.98**
Style 50 – Shoes – Soft Toe

crew Guard
SLIP-RESISTANT OVER SHOES

AS LOW AS
**$13.98**
Style 54 – Boots – Soft Toe

**CrewGuard® for Shoes (Soft and Steel Toe) and CrewGuard® for Boots (Soft Toe)**

STOCK UP and SAVE – Prices include Shipping and Handling

UNISEX: 50 Shoes Soft Toe and 54 Boots Soft Toe



# HARD WORK PAYS OFF

BUILT FOR GRIP, COMFORT, DURABILITY & VALUE

*"I have worn SFC shoes for more*

# SFC PRO WORK BOOTS



## Wolf — Composite Toe

- NEW SFC-10 premium wide-channel outsole, limits clogging from debris • Composite toe
- Full-grain leather upper • Fiberglass shank for added support
- Tongue is attached on both sides to help keep out debris
- Reinforced toe for greater durability • Metal eyelets
- Speed hook for convenient lacing and a secure fit
- Waterproof • Removable cushioned insole
- Electrical Hazard (EH) rated
- 6" boot. ½" heel

**Men's: 8292 Black**
Medium 7–11½, 12, 13, 14

**$109⁹⁸**



## Jayde — Composite Toe

- NEW SFC-10 premium wide-channel outsole, limits clogging from debris • Composite toe
- Full-grain leather upper • Electrical Hazard (EH) rated
- Tongue is attached on both sides to help keep out debris
- Speed hook for convenient lacing and a secure fit
- Reinforced heel and toe for greater durability
- Removable memory foam-cushioned insole
- Waterproof • 4" boot. ½" heel
- Padded collar and tongue

**Women's: 8288 Black**
Medium 5–9½, 10, 11

**$79⁹⁸**

### FOUR TOP-RATED OUTSOLES · ENGINEERED FOR SAFETY
SFC MIGHTY GRIP | SFC V-GRIP | ANTI-CLOGGING new SFC-10 | SFC-2

### SFC MIGHTY GRIP®
- MADE FROM AN EXCLUSIVE RUBBER COMPOUND
- PATENTED SLIP-RESISTANT TREAD PATTERN
- INDUSTRY-LEADING SLIP RESISTANCE

### SFC V-GRIP®
- ENGINEERED FOR HARSH INDUSTRIAL ENVIRONMENTS
- EXCLUSIVE "V" TREAD PATTERN FOR ENHANCED GRIP
- BEST-IN-CLASS SLIP RESISTANCE

### SFC-2 AND SFC-10 ANTI-CLOGGING OUTSOLES
- WIDE CHANNELS RESIST CLOGGING WITH DEBRIS
- EASY CLEANING AND MAINTENANCE
- CUTTING-EDGE SLIP-RESISTANT TREAD PATTERNS

## Maverick II — Non-metallic Safety Toe
- Patented SFC V-Grip® outsole
- Non-metallic safety toe • Electrical Hazard (EH) rated
- Steel shank for added support • Fuel/oil resistant outsole
- Made of easy-to-clean non-absorbent materials
- Removable, leather-lined, cushioned insole
- Waterproof • Full-grain leather upper

  

# WHAT IS SFC PRO SERIES?

# QUALITY

**DESIGNED FOR THE MOST SERIOUS JOBS, THIS EXCLUSIVE LINE IS ENGINEERED FOR COMFORT, DURABILITY, SAFETY AND MAXIMUM SLIP RESISTANCE.**



## SFC PRO WORK BOOTS

**THE SFC PRO COLLECTION IS CONSTRUCTED TO STAND THE TEST OF TIME.**

### Trident II — Non-metallic Safety Toe   $86.98

- NEW SFC-10 premium wide-channel outsole, limits clogging from debris • Made of easy-to-clean non-absorbent materials
- Water-resistant • Man-made upper • Non-metallic safety toe
- Electrical Hazard (EH) rated • Padded collar and tongue
- Updated polyurethane (PU) midsole for reduced weight and enhanced comfort • Reinforced toe
- Fiberglass shank for added support
- Removable cushioned insole

**Men's: 8296 Black**
Medium 4½—11½, 12, 13, 14, 15
Wide 4½—11½, 12, 13, 14, 15
**Women's: 8296 Black**
Place order using men's sizes. Order 1½ sizes smaller than your normal shoe size.

### Endeavor II — Non-metallic Safety Toe   $77.98

- Patented SFC-2 anti-clogging outsole
- Water-resistant • Electrical Hazard (EH) rated
- Action leather upper • Breathable mesh lining
- Made of easy-to-clean, non-absorbent materials
- Fully non-metallic; passes through metal detectors
- Non-metallic safety toe • Fuel/oil resistant outsole
- Twin elastic insets for a secure, personalized fit
- Fiberglass shank for added support

**Men's: 8203 Black**
Medium 4½—10½, 11, 12, 13, 14, 15, 16
**Women's: 8203 Black**
Place order using men's sizes. Order 1½ sizes smaller than your normal shoe size.

### SFC Scout II — Composite Toe   $84.98

- NEW SFC-10 premium wide-channel outsole, limits clogging from debris
- Composite toe • Electrical Hazard (EH) rated
- Water-resistant • Reinforced toe for durability
- Brown full-grain, oil-tanned leather upper
- Black full-grain, nubuck (like suede) leather upper



### Mammoth II — Non-metallic Safety Toe

- Patented SFC V-Grip® outsole
- Waterproof • Lined with 200-gram Thinsulate™ Insulation
- Non-metallic safety toe • Electrical Hazard (EH) rated
- Made of easy-to-clean non-absorbent materials • Breathable lining
- Fuel/oil resistant outsole • Rubberized half shell of boot
- Fiberglass shank for added support • Full-grain leather upper

**Men's: 8297 Brown/Black**
Medium 4½—11½, 12, 13, 14, 15, 16
Wide 8—11½, 12, 13, 14, 15, 16
**Women's: 8297 Brown/Black**
Place order using men's sizes.
Order 1½ sizes smaller than your normal shoe size.

$109.98



### SFC Terrain II — Composite Toe

- NEW SFC-10 premium wide-channel outsole, limits clogging from debris • Reinforced toe for greater durability
- 7" water-resistant boot • Electrical Hazard (EH) rated
- Full-grain, oil-tanned leather upper • Composite toe
- Made of easy-to-clean non-absorbent materials
- Removable, contoured, cushioned insole
- Fully gusseted tongue to keep dirt out
- Fiberglass shank for added support
- Updated polyurethane (PU) midsole for reduced weight and enhanced comfort

**Men's: 8293 Brown**
Medium 7—11½, 12, 13, 14, 15, 16

$89.98



### Blackhawk and Ranger   Composite Toe

- Patented SFC V-Grip® outsole
- Water-resistant • Electrical Hazard (EH) rated
- Fully non-metallic; passes through metal detectors
- Composite toe
- Puncture-resistant footbed
- Full-grain leather upper
- Accent stitching
- Ranger: Reinforced toe to cover for durability
- Fiberglass shank for added support
- Fuel/oil resistant outsole

**B. Blackhawk**
**Men's: 8281H Black** LIMITED SUPPLY
**Women's: 8281H Black** LIMITED SUPPLY
Place order using men's sizes. Order 1½ sizes smaller than your normal shoe size.

$94.98






# STAND THE TEST OF TIME

**OUR INNOVATIVE OUTSOLES PROVIDE THE ULTIMATE COMBINATION OF SLIP RESISTANCE AND DURABILITY—EVEN IN COLD WEATHER.**

Case: 3:16-cv-02116-JCC Doc #: 14-1 Filed: 10/24/16 26 of 33 PageID #: 131

## Expedition – Steel Toe 
- Patented SFC V-Grip® outsole
- Water-resistant • Full-grain leather upper with accent stitching
- Steel toe • Electrical Hazard (EH) rated • Metal fasteners
- Steel shank for added support • Padded collar

**Men's: 8088 Black**
Medium 7–10½, 11, 12, 13, 14, 15

**$84⁹⁸**

SFC PRO
WORK BOOTS



## Voyager – Steel Toe
- Patented SFC V-Grip® outsole
- Water-resistant • Electrical Hazard (EH) rated
- Steel toe • 360° stitch-reinforced outsole
- Genuine leather and man-made upper
- Reinforced rubber toe and heel cover
- Steel shank for added support

**Men's: 8090 Black**

## Yukon III – Steel Toe
- Patented SFC V-Grip® outsole
- Water-resistant • Full-grain leather upper
- Steel toe • Electrostatic Dissipating (ESD) rated
- Armadillo-wrap reinforced toe • Padded collar
- Steel shank for added support
- Removable cushioned insole

**Men's: 8290 Black**
Medium 7–11½, 12, 13, 14, 15
Wide 8–11½, 12, 13, 14, 15

**$99⁹⁸**

SFC PRO
WORK BOOTS




## Hornet – Steel Toe
- Patented SFC V-Grip® outsole
- Water-resistant • Genuine leather and man-made upper
- Steel toe • Electrical Hazard (EH) rated • Heel pull loop
- 360° stitch-reinforced outsole • Padded collar
- Removable cushioned insole
- Steel shank for added support

**Men's: 8100 Black**
Medium 7–10½, 11, 12, 13, 14
Wide 8–10½, 11, 12, 13

**$64⁹⁸**



## Defender II – Steel Toe
- NEW SFC-10 premium wide-channel outsole, limits clogging from debris • Steel toe
- Updated polyurethane (PU) midsole for reduced weight and enhanced comfort
- Water-resistant • Full-grain leather upper
- Electrical Hazard (EH) rated
- Steel shank for added support
- Removable cushioned insole
- Metal eyelets • Padded collar

**Men's: 8482 Black**
Medium 7–11½, 12, 13, 14, 15
Wide 8–10½, 11, 12, 13, 14

SFC PRO
WORK BOOTS

**$69⁹⁸**

## Molly – Women's Steel Toe
- Patented SFC-2 anti-clogging outsole
- Water-resistant • Genuine leather upper
- Steel toe • Electrical Hazard (EH) rated
- Removable cushioned insole
- Steel shank for added support
- Padded collar • Metal eyelets

**Women's: 8287 Black**
Medium 5–9½, 10, 11

SFC PRO
WORK BOOTS

**$79⁹⁸**




## Senator – Steel Toe
- Patented SFC Mighty Grip® outsole
- Steel toe • Cushioned footboard
- Water-resistant • Padded collar
- Steel shank for added support



Case: 3:16-cv-02116-JGC  Doc #: 14-1  Filed:  10/24/16  Page ID #: 132

## Atlas II — Composite Toe

- **NEW SFC-10** premium wide-channel outsole, limits clogging from debris
- Updated polyurethane (PU) midsole for reduced weight and enhanced comfort
- Waterproof • Padded collar

**Men's 8308 Brown**
Medium 7–11½, 12, 13, 14, 15, 16
Wide 8–11½, 12, 13, 14, 15, 16

$124.98



## Bronco — Composite Toe

- Patented SFC V-Grip® outsole
- Goodyear welt construction
- Removable cushioned insole
- Water-resistant

**Men's 8307 Brown**
Medium 4½–11½, 12, 13, 14
Wide 4½–11½, 12, 13, 14

**Women's: 8307 Brown**
Place order using men's sizes. Order 1½ sizes smaller than your normal shoe size.

$119.98





# ACE WORK BOOTS
OUTPERFORM › OUTLAST › OUTGRIP

# EVERY DETAIL CONSIDERED

**HIGH-TECH CONSTRUCTION MAKES THESE WORK BOOTS THE ULTIMATE CHOICE**

## FEATURES INCLUDE:

- Premium full-grain leather upper
- ASTM composite safety toe
- Electrical Hazard (EH) rated
- ACE cushion and support system
- Fiberglass shank for added support
- Defined heel/non-marking outsole
- Breathable lining
- Reinforced heel

## Mercury II — Composite Toe

- **NEW SFC-10** premium wide-channel outsole, limits clogging from debris
- Made of easy-to-clean non-absorbent materials
- 360° waterproof casing keeps your feet dry
- Updated polyurethane (PU) midsole for reduced weight and enhanced comfort

**Men's 8310 Black**
Medium 7–11½, 12, 13, 14

$134.98



## Dakota
### Women's Composite Toe

- Patented SFC V-Grip® outsole
- Built especially for women
- Waterproof • Speed hooks
- Padded collar and tongue

**Women's: 8302 Brown**
Medium 5–9½, 10, 11

$124.98



# BUILT TO PERFORM

**BUILT FOR GRIP, COMFORT, DURABILTY & VALUE**

"These shoes exceeded my expectation. They... help to get me



### Xtreme Sport Hiker — Soft Toe

- Patented SFC Mighty Grip® outsole
- Water-resistant
- Black full-grain leather upper
- Protective bumper toe
- Brown distressed, oiled leather upper
- Steel shank for added support
- Reinforced rhino wrap
- Removable cushioned insole
- Padded ankle

**Men's: 8084 Black, 8085 Brown**
Medium 4½–10½, 11, 12, 13, 14, 15

**Women's: 8084 Black, 8085 Brown**
Place order using men's sizes.
Order 1½ sizes smaller than
your normal shoe size.

$69⁹⁸

### SFC Marshall — Soft Toe 

- Patented SFC V-Grip® outsole
- 7" waterproof boot • Electrical Hazard (EH) rated
- Fiberglass shank for added support
- Fully gusseted tongue to keep out dirt and debris
- Rubberized half shell of boot • Heel kick plate
- Padded collar • Reinforced heel lining
- Full-grain leather upper
- Fuel/oil resistant outsole
- Removable cushioned insole

**Men's: 8291 Black**
Medium 7–10½, 11, 12, 13, 14

SFC PRO WORK BOOTS

$99⁹⁸

### Legionnaire II — Soft Toe

- NEW SFC-10 premium wide-channel outsole, limits clogging from debris
- Updated polyurethane (PU) midsole for reduced weight and enhanced comfort
- Genuine leather upper • Water-resistant
- Metal eyelets and speed lace system
- Steel shank for added support
- Removable cushioned insole
- Padded collar • Heel pull loop

**Men's: 8481 Black**
Medium 4½–10½, 11, 12, 13, 14
Wide 8–10½, 11, 12, 13

**Women's: 8481 Black**
Place order using men's sizes.
Order 1½ sizes smaller than
your normal shoe size.

new

$59⁹⁸




### Summit — Soft Toe

- Patented SFC Mighty Grip® outsole
- Lightweight • Reinforced rubber toe and heel cover
- Water-resistant • Breathable, synthetic mesh upper
- 100% vegan • Padded collar • Removable cushioned insole
- Metal fasteners • Gusseted tongue to keep out dirt

**Men's: 8079 Black**
Medium 5½–11½, 12, 13, 14

**Women's: 8079 Black**
Place order using men's sizes. Order 1½ sizes
smaller than your normal shoe size.

$64⁹⁸

### Backcountry II — Soft Toe

- Patented SFC V-Grip® outsole
- Genuine leather and mesh upper • Padded collar and tongue
- Water-resistant • Removable, contoured, cushioned insole
- Stitch-reinforced outsole • Electrical Hazard (EH) rated
- Breathable lining • Metal eyelets and speed lace system
- Steel shank for added support

**Men's: 8094 Black**
Medium 7–10½, 11, 12, 13, 14

SFC PRO WORK BOOTS

$69⁹⁸




## Bullfrog — Soft Toe 

- Patented SFC Mighty Grip® outsole
- 12" waterproof boot • Lightweight • 100% vegan
- Made of a 3 mm thick, high-grade, EVA/rubber blend
- Fuel/oil resistant

**Men's: 5004 Black**
Medium (whole sizes only) 4–15

**Women's: 5004 Black**
Place order using men's sizes. Order 2
sizes **smaller** than your normal shoe size.

$**47**98

## Bullfrog Pro 10"
### Soft and Composite Toe

- 10" waterproof boot • Oil/fuel resistant
- Removable cushioned insole • 100% vegan
- Style 5005: Patented SFC V-Grip® outsole
- Style 5005: Made of 6 mm thick, high-grade, EVA/rubber blend
- Style 5006: Patented SFC-2 anti-clogging outsole
- Style 5006: Made of 5 mm thick, high-density, EVA/rubber blend
- Style 5006: Composite toe; Electrical Hazard (EH) rated

**SFC PRO WORK BOOTS**

### A. Soft Toe  $**49**98

**Men's: 5005 Black**
Medium (whole sizes only) 4–15

**Women's: 5005 Black**
Place order using men's sizes. Order 2 sizes
**smaller** than your normal shoe size.



A

B

### B. Composite Toe

**Men's: 5006 Black**
Medium (whole sizes only) 4–16

**Women's: 5006 Black**
Place order using men's sizes.
Order 2 sizes **smaller** than your
normal shoe size.

$**59**98

## Bullfrog Pro 16"
### Composite Toe

- Patented SFC-2 anti-clogging outsole
- 16" waterproof boot • Electrical Hazard (EH) rated
- Made of a 5 mm thick, high-density, EVA/rubber blend
- Composite toe • Oil/fuel resistant • 100% vegan
- Removable cushioned insole

**Men's: 5013 Black**
Medium (whole sizes only) 4–14

**Women's: 5013 Black**
Place order using men's sizes. Order 2 sizes
**smaller** than your normal shoe size.

$**69**98

**SFC PRO WORK BOOTS**



## Sentinel — Steel Toe 

- Patented SFC-2 anti-clogging outsole
- 14" boot • Waterproof • Steel toe
- Insulated boot provides protection at
temperatures as low as –20° C / –4° F
- Polyurethane (PU) upper provides
maximum flexibility and comfort
- Heel kick plate • Removable insole




# NEED TO STAY DRY

## Guardian IV — Soft and Steel Toe   new

- Patented SFC-2 anti-clogging outsole
- 16" waterproof boot • Electrical Hazard (EH) rated
- injection-molded PVC construction • Anti-fatigue
- Removable cushioned insole • Heel kick plate
- 100% vegan • Made in the USA
- Styles 2063, 2065, 2066: Steel toe

**SFC PRO WORK BOOTS**

$**49**98

### Steel Toe 

**Men's: 2063 Black**
Medium (whole sizes only) 4–15
Size 16 available in similar style 2060

**Men's: 2065 White**
Medium (whole sizes only) 4–13
Size 14 available for similar style 2007

**Men's: 2066 Green**
Medium (whole sizes only) 6–13
Sizes 4, 5, 14, 15 available
in similar style 2008

**Women's: 2063 Black,
2065 White, 2066 Green**
Place order using men's sizes.
Order 2 sizes **smaller** than
your normal shoe size.

### Soft Toe 

**Men's: 2064 Black**
Medium (whole sizes only) 4–14

**Women's: 2064 Black**
Place order using men's sizes.
Order 2 sizes **smaller** than
your normal shoe size.






FALL 2016 | RETAIL VOL. A1



# TAKE 15% OFF
## EVERY ORDER

**HURRY!** Offer ends 10/31/2016
Offer valid only on qualifying Retail shoe purchases. Must use key code on back cover to redeem. Cannot be combined with any other offers. Shoes For Crews® reserves the right to make substitutions of free gift(s) at its sole discretion. No rain checks. Non-refundable. Offer not valid in retail store locations. Not valid on prior purchases.

## ORDER TODAY!
## 1.800.523.4448

**SHOESFORCREWS.COM**
ORDENE HOY! 1.800.523.4448
shoesforcrews.com/es

## QUICKship!
### 3-DAY DELIVERY OR SHIPPING IS FREE!
Delivery to business addresses only. Please see page 19 for a brief description. Visit shoesforcrews.com/quickship for full delivery details and restrictions.

## 60-DAY FREE EXCHANGES
60-Day Wear & Compare Guarantee. If you're not happy with your shoes, for any reason, return them within 60 days of purchase. Visit **shoesforcrews.com/guarantee** for details.

Check out our mobile-ready site! Scan this QR code with your smartphone for promotion, or visit shoesforcrews.com/uspr.

PRSRT STD US POSTAGE **PAID** SHOES FOR CREWS

Please deliver: 9/12 - 9/19

THE SHOE THAT GRIPS®
250 South Australian Avenue
West Palm Beach, FL 33401


FOUR TOP-RATED OUTSOLES
SFC MIGHTY GRIP
SFC V-GRIP®



**SHOES FOR CREWS®**
THE SHOE THAT GRIPS®

new **HARPER**
SEE PAGE 6 FOR DETAILS.

Crisscross elastic offers a secure, lace-free fit

TAKE



**SHOES FOR CREWS,LLC**
250 SOUTH AUSTRALIAN AVE
WEST PALM BEACH, FL 33401

**THE SHOE THAT GRIPS**

# Invoice  5127445

PHONE: (800) 218-4770  FAX: (561) 683-3080
www.shoesforcrews.com

KATHLEEN
WENDSTICK DBA WENDYS
1 COMMERCIAL DR
AREA E
FLORIDA NY 10921

## RECEIVED
### FEB 17 2015

Shipped To:

ATT : STORE MANAGER
WENDYS 125004
14180 AIRPORT HWY
SWANTON OH 43558-9616

**Account Number: 55240**          **Unit:**   125004          **Invoice Date: 02/09/2015**

| TERMS NET NET 30 | CUSTOMER ORDER NO | ENVEL DL | SLM FAX | SHIPPED VIA SLM Ground | COMMENTS | | | |
|---|---|---|---|---|---|---|---|---|
| STYLE | | | SIZE | QTY | PRICE | DISC | FREIGHT | SALES TAX | SUBSIDY | AMOUNT |

| STYLE | | SIZE | QTY | PRICE | DISC | FREIGHT | SALES TAX | SUBSIDY | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 6041 | STHEPHEN SOLAREK   REDACTED | 12 | 1 | 41.98 | | 6.98 | .00 | .00 | 48.96 |

**Declaration**
Exhibit
**3**

SPECIAL NOTES

*2448* (handwritten)

| | 48.96 |
|---|---|
| | |

REMIT TO:
P.O. Box 504634
St. Louis, MO 63150-4634

**48.96**

PLEASE INDICATE INVOICE NUMBER UPON REMITTANCE OF PAYMENT
RETURNS AND EXCHANGES SHOULD BE SHIPPED TO: SHOES FOR CREWS, LLC, 1655 WORLDWIDE BLVD., HEBRON, KY 41048
NO RETURNS WILL BE ACCEPTED AT OUR WEST PALM BEACH OFFICE

INVOICE

## Employee Pay Selection

You have multiple options to receive your pay listed below.  Please review them and make your selection.

☐ ____
Initials

1. **Direct deposit.**  I select direct deposit for disbursement of my pay.  I hereby authorize my employer to initiate deposits for my __net pay__ to the financial institution I have designated and further authorize Financial Institution to credit the account indicated with the deposits.  If funds to which I am not entitled are deposited to my account, I authorize debits to my account and the return of such funds.  This authority is to remain in effect until Company or Financial Institution has received notification from me of termination of such authorization in such time and such manner as to afford Company and Financial Institution a reasonable opportunity to act on those instructions or until Company or Financial Institution cancels the direct deposit arrangement.

☐ ____  I currently participate in Direct Deposit and have my __net pay__ deposited into my bank account.  Please continue to deposit the full amount of my check into the account on file.

☐ ____  I currently participate in Direct Deposit and have a __partial__ amount deposited into my bank account.  Please deposit the full amount of my check into the account on file.

☐ ____  I currently participate in Direct Deposit and have a __partial__ amount deposited into my bank account.  Please continue to deposit the partial amount into my account and I will receive the remainder of my pay in the ADP Total Pay Program (check box below as well).

I have attached a voided personal check.

This account is for (1) checking    or (2) savings

☐ ____
Initials

2. **ADP TotalPay Card & Money Network Check Program.**  I select to use either of the following program options:

   A. **Money Network Check.**  The Money Network Check is a self-issued paycheck that can be completed each payday morning.  There is no waiting to pick up your Check.  It is completed by phone wherever you may be.  The Money Network Check can be deposited to your personal bank account or cashed for free at Money Network Check cashing partners.  There is no fee for using Money Network Checks.

   B. **ADP TotalPay Card.**  The TotalPay debit card provides a dependable, safe and very convenient way to receive your pay.  You can get your pay through ATM withdrawals, make purchases at stores, and get cash back with those purchases.  You may also transfer money to a personal or joint checking account.  You can hear your balance for free at any time by calling the toll free number on your debit card.  Your pay will be available on payday morning, no matter where you are, and you can start spending immediately.  No waiting to get your check, no waiting to cash your check, just use your card to start spending your money.  Every employee is eligible for the TotalPay debit card.  There is no application and no approval process.  There is no monthly service charge for the debit card as long as you are employed by your current employer.  Many debit card transactions are free but there are transaction fees for other transactions.  Money Network Checks can also be used with your debit card account.  All of the transaction fees are listed in your Welcome Kit

I authorize Wendy's Franchise to disburse my pay by direct deposit or my TotalPay account according to the selection I initialed above, otherwise I will be paid using the Money Network Check.  I understand that I can change my pay selection at any time in the future.

| | | | |
|---|---|---|---|
| _Stephen Splcek_ | **REDACTED** | 5/6/15 | **Declaration Exhibit** |
| Employee Signature | Social Security Number | Date | |
| _[signature]_ | **REDACTED** | 12504 | **4** |
| Manager Signature | TotalPay Account # | Company / Store number | |

**FEES AND TRANSACTION LIMIT SCHEDULE FOR THE ADP TOTALPAY® SERVICE**

The ADP TotalPay Service will deduct applicable fees from your TotalPay Account or Premier Account balance for the services and transactions listed below. For details, see your Account Holder Agreement and other information contained in your Welcome Packet, visit **moneynetwork.com** or call Customer Service at 1.866.402.1237. See footnote 1 (below) to learn more about the automatic upgrade process to a Premier Account.

We reserve the right to revise the Fee Schedule from time to time, and will notify you in accordance with your Account Holder Agreement and applicable law. You acknowledge that by maintaining an Account and/or continuing to use the Services after such notification, you are thereby agreeing to any such revisions to the fees.

| SPENDING MONEY | TOTALPAY ACCOUNT[1] | PREMIER ACCOUNT |
|---|---|---|
| ATM Withdrawals (see below for ATM balance inquiry and decline fees) \| U.S. In-Network ATMs including Allpoint ATMs<br>To find participating In-Network ATMs, use the Money Network mobile app (available at the App Store® and Google Play®), visit moneynetwork.com or call Customer Service. An additional surcharge may be separately charged by an owner or operator of an ATM. | $0.00 | $0.00 |
| ATM Withdrawals (see below for ATM balance inquiry and decline fees) \| U.S. Out-of-Network ATMs<br>An additional surcharge may be separately charged by an owner or operator of an ATM. | $1.75 | $1.75 |
| ATM Withdrawals (see below for ATM balance inquiry and decline fees) \| Non-U.S. ATMs<br>An additional surcharge may be separately charged by an owner or operator of an ATM. A foreign transaction conversion fee of 2% will apply to non-U.S. transactions. A Cross Border Transaction Fee of 0.8% will also apply. See "Foreign Transaction Fees" in your Account Holder Agreement for details. | $2.50 | $2.50 |
| Bank Teller Over-the-Counter Cash Withdrawal (at any bank that displays the logo shown on your card) | $0.00 | $0.00 |
| Money Network™ Check (use, order, or stop payment; cash at participating check-cashing locations)<br>To find participating locations, use the Money Network mobile app (available at the App Store® and Google Play®), visit moneynetwork.com or call Customer Service. | $0.00 | $0.00 |
| Signature Point-of-Sale Transactions (for purchases, declines and returns) \| U.S. and Non-U.S<br>A foreign transaction conversion fee of 2% will apply to non-U.S. transactions. A Cross Border Transaction Fee of 0.8% will also apply. See "Foreign Transaction Fees" in your Account Holder Agreement for more information. | $0.00 | $0.00 |
| PIN Point-of-Sale Transactions – with or without Cash Back (for purchases, declines and returns) \| U.S. and Non-U.S.<br>A foreign transaction conversion fee of 2% will apply to non-U.S. transactions. A Cross Border Transaction Fee of 0.8% will also apply. See "Foreign Transaction Fees" in your Account Holder Agreement for more information. | $0.25 | $0.25 |
| Transfer Funds to a U.S. Bank Account (ACH transfer) | $0.00 | $0.00 |
| Transfer Funds from your Account to a Secondary Card | N/A | $0.00 |

| MANAGING MONEY | TOTALPAY ACCOUNT[1] | PREMIER ACCOUNT |
|---|---|---|
| Monthly Account Maintenance Fee (applies only to Premier Accounts) | N/A | $2.95 |
| Balance Inquiries and Alerts \| via Mobile App, Automated Phone System, Customer Service, Online Access, or Notifications (push, email or text)<br>Your wireless carrier's standard messaging and data rates may apply. | $0.00 | $0.00 |
| Balance Inquiries and Declines at ATM \| U.S. ATMs (In-Network and Out-of-Network)<br>An additional surcharge may be separately charged by an owner or operator of an ATM. | $1.75 | $1.75 |
| Balance Inquiries and Declines at ATM \| Non-U.S. ATMs<br>An additional surcharge may be separately charged by an owner or operator of an ATM. | $2.50 | $2.50 |
| Customer Service 24/7 | $0.00 | $0.00 |
| Replacement Card with Standard Delivery | $6.00 | $6.00 |
| Replacement Card: Additional Fee for Expedited Delivery | $13.00 | $13.00 |
| Monthly Paper Statement by Mail<br>You may view statements online at no charge. You may also call to request transaction information or a printed 60-day history at no charge. | $2.95 | $2.95 |
| Request a Secondary Card for a Family Member, Dependent or Caregiver | N/A | $2.00 |

| ADDING MONEY | TOTALPAY ACCOUNT[1] | PREMIER ACCOUNT |
|---|---|---|
| Payroll Direct Deposit | $0.00 | $0.00 |
| Direct Deposit of Other Funds (for example: tax refunds, child support, etc.) | N/A | $0.00 |
| Load Cash at Participating Reload Locations (fee set by each reload location)<br>To find participating reload locations, use the Money Network mobile app (available at the App Store® and Google Play®), visit moneynetwork.com or call Customer Service. | N/A | Varies |

## TRANSACTION LIMIT SCHEDULE[2]

| | |
|---|---|
| ATM Withdrawal Limit | $600 per transaction and per day (ATM owner may have lower limits) |
| Transactions at Point-of-Sale (POS) | $3,000 per transaction and per day |
| Money Network Check Limit | $9,999.99 per check (some check-cashing locations may have lower limits) |
| Bank Teller Over-the-Counter Cash Withdrawal | $8,000 per transaction and per day (bank may have lower limits) |
| Non-Payroll ACH Loads (Tax Refunds and Others) | TotalPay Account: N/A<br>Premier Account: $4,000 per day; $8,000 per calendar month[1] |
| Retail or Reload Agent Loads (Premier Accounts only) | TotalPay Account: N/A<br>Premier Account: $2,500 per transaction and per day; $5,000 per calendar month[1] |
| Premier Account Balance \| Maximum Allowed | $8,000 at any time (no limit for employer payroll loads) |
| ACH Transfer to a Bank Account | $8,000 per transaction |
| Transfer to Secondary Card (Premier Accounts only) | TotalPay Account: N/A<br>Premier Account: $1,000 per transaction[1] |

1  Your TotalPay Account will automatically be upgraded to a Premier Account upon termination of your employment with the employer through whom you initially enrolled to receive your TotalPay Card in accordance with your Account Holder Agreement. In the event of an automatic upgrade, you may avoid the Monthly Account Maintenance Fee for the Premier Account by withdrawing or spending the funds in your TotalPay Account during the 60 days following the termination of your employment.

2  For security and regulatory reasons, we may further limit the number, type, or dollar amount of the transactions you may make using your Account, or suspend the use of your Account and/or Card.

© 2013 First Data Corporation. All Rights Reserved. All trademarks, service marks and trade names referenced in this material are the property of their respective owners. Cards are issued by MetaBank™, Member FDIC. App Store is a service mark of Apple Inc. Google Play is a trademark of Google Inc.

Declaration
Exhibit
**5**

FEE_ADPPAY_ND1P_FS003_v1

0871017954  0021176686720200111
0000001  120B  (A.P. 1 OF 1)
0000001                                QC1643